IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MR. JASON MCMASTERS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN KAUFFMAN, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | **NO. 16-4915** |

## ORDER

**NOW**, this 22nd day of December, 2020, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* by a Person in State Custody (Document No. 1), the Response to Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document No. 42), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.